IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LACI N. BLANCHARD, INDIVIDUALLY AND AS NEXT FRIEND OF W. B., THE SRVIVING MINOR CHILD OF RONNIE P. BLANCHAR, JR.** **VERSUS** **SANARE ENERGY PARTNERS, LLC.** | **CIVIL ACTION No.** _____ |

### UNSWORN DECLARATION OF RICHARD COLEMAN PURSAUNT TO 28 U.S.C. § 1746

I, Richard Coleman, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and of sound mind to make this Declaration.

2. I am currently employed as the Senior Vice President ("VP") and Chief Operating Officer ("COO") for Sanare Energy Partners, LLC and have held this position since November of 2019.

3. As the VP and COO of Sanare, I was the Sanare representative overseeing the installation of the hydraulic workover unit ("HWOU") on Well No. 19. As such, I have personal knowledge of the incident and the work that was being performed on Well No. 19 at the time the incident occurred.

4. Given my employment as the VP and COO of Sanare, I have personal knowledge of Sanare's wells in the Main Pass Field of the Gulf of Mexico and am familiar with Well No. 19.

5. Well No. 19 is an unmanned, single caisson well affixed to the Outer Continental Shelf ("OCS") on lease No. OCS-G 4909.

6. Well No. 19 is a live oil well. It was temporarily shut in at the time of the incident to allow for the installation of the HWOU and the workover operations that were conducted using the HWOU.

7. The HWOU was installed on Well No. 19 for the purposes of conducting workover operations, which involved removing the tubing in the well and replacing it with new tubing. The tubing is used to physically extract oil from the OCS.

8. At the time of Mr. Blanchard's incident, Sanare had contracted with SBS Energy Services, LLC ("SBS") for the installation of the HWOU on Sanare's Well No. 19.

9. Sanare also contracted with All Coast, LLC to provide a lift boat (the LB SWORDFISH) to assist with the construction and installation of HWOU on Well No. 19.

10. Contractors working on the Project, such as those employed by SBS, worked and resided on the LB SWORDFISH and used the cranes onboard the vessel to assist with moving, constructing, and physically placing/installing the HWOU on Well No. 19.

11. At the time of the incident, the LB SWORDFISH was temporarily affixed to the seabed at the time of the alleged incident.

12. Immediately before the incident occurred, Mr. Blanchard was working on the HWOU, which was installed on Well No. 19. Mr. Blanchard was physically attached to the HWOU by his fall protection equipment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2022.

_____
Richard Coleman, Declarant