UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACI BLANCHARD | CA: 24-534 |
| vs. | JUDGE: |
| SBS ENERGY SERVICES, LLC | MAG. JUDGE: |

28 USC 1746 UNSWORN DECLARATON
UNDER PENALTY OF PERJURY OF STEVEN LEBLANC

Steven LeBlanc hereby testifies via unsworn declaration as follows:

1.

I am of the age of majority, of sound mind, and have personal knowledge of all matters discussed herein.

2.

I am the Maritime Claims Manager for Amerisafe, Inc., the in-house thirty administrator for American Interstate Insurance Company. I held that position at the time of Ronnie Blanchard's accident and continue to hold that position to the present date.

3.

At the time of Mr. Blanchard's accident, American Interstate provided workers compensation and employer liability coverage to SBS Energy Services, LLC. This coverage included claims under the Outer Continental Shelf Lands Act, the Longshore and Harbor Workers Compensation Act, and seaman claims under the Jones Act and the general maritime law.

4.

My job duties include evaluating jurisdiction under the OCSLA, the LHWCA and seaman status. I have been performing such duties for a total of 22 years and have evaluated jurisdiction for thousands of claims.

5.

After the death of Mr. Blanchard, I personally investigated jurisdiction to determine whether LHWCA death benefits were due to Mr. Blanchard's surviving spouse and child. I concluded that Mr. Blanchard was a platform worker on the OCS and not a seaman assigned to a vessel or fleet of vessels. I further concluded that this is properly a claim under the OSCLA and commenced LHWCA death benefits to Mrs. Blanchard and her minor child.

6.

Despite the allegation of seaman status first asserted by Mrs. Blanchard's attorneys when litigation commenced in 2022, American Interstate has paid and continues to pay LHWCA death benefits to Mrs. Blanchard and her child. Such payments are ongoing and now total $121,014.72, as shown in the attached payment register.

THUS DONE AND SIGNED this 1st day of March, 2024 under penalty of perjury.

*[signature: Steven LeBlanc]*

STEVEN LEBLANC

Maritime Claims Manager, Amerisafe, Inc.

Payment History as of: Wednesday, February 28, 2024

# BENEFIT PAYMENTS ON BEHALF OF:

**RONNIE BLANCHARD**   202259739 US  
**DOB:** 10/15/1981   **Age:** 43

| Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|

## INDEMNITY

**Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Death Benefit | 04/19/2022 | 0014232095 | 5,759.95 | 05 | LACI BLANCHARD, | C | 03/26/22 to 05/13/22 |
| Death Benefit | 05/24/2022 | 0014245618 | 2,703.60 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/26/22 to 06/02/22 |
| Death Benefit | 02/08/2024 | 0014474891 | 3,904.48 | 05 | LACI BLANCHARD, | C | 03/26/22 to 12/28/23 |
| Death Benefit | 05/24/2022 | 0014245617 | 2,351.00 | 05 | LACI BLANCHARD, | C | 05/14/22 to 06/02/22 |
| Death Benefit | 05/26/2022 | 0014246706 | 822.85 | 05 | LACI BLANCHARD, | C | 06/03/22 to 06/09/22 |
| Death Benefit | 05/26/2022 | 0014246707 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/03/22 to 06/09/22 |
| Death Benefit | 06/13/2022 | 0014252525 | 1,645.70 | 05 | LACI BLANCHARD, | C | 06/10/22 to 06/23/22 |
| Death Benefit | 06/13/2022 | 0014252526 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/10/22 to 06/23/22 |
| Death Benefit | 06/16/2022 | 0014254424 | 822.85 | 05 | LACI BLANCHARD, | C | 06/24/22 to 06/30/22 |
| Death Benefit | 06/16/2022 | 0014254425 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/24/22 to 06/30/22 |
| Death Benefit | 06/23/2022 | 0014256858 | 822.85 | 05 | LACI BLANCHARD, | C | 07/01/22 to 07/07/22 |
| Death Benefit | 06/23/2022 | 0014256859 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/01/22 to 07/07/22 |
| Death Benefit | 06/30/2022 | 0014259285 | 822.85 | 05 | LACI BLANCHARD, | C | 07/08/22 to 07/14/22 |
| Death Benefit | 06/30/2022 | 0014259286 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/08/22 to 07/14/22 |
| Death Benefit | 07/07/2022 | 0014261632 | 822.85 | 05 | LACI BLANCHARD, | C | 07/15/22 to 07/21/22 |
| Death Benefit | 07/07/2022 | 0014261633 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/15/22 to 07/21/22 |
| Death Benefit | 07/14/2022 | 0014264080 | 822.85 | 05 | LACI BLANCHARD, | C | 07/22/22 to 07/28/22 |
| Death Benefit | 07/14/2022 | 0014264081 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/22/22 to 07/28/22 |
| Death Benefit | 07/21/2022 | 0014266481 | 822.85 | 05 | LACI BLANCHARD, | C | 07/29/22 to 08/04/22 |
| Death Benefit | 07/21/2022 | 0014266482 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/29/22 to 08/04/22 |
| Death Benefit | 07/28/2022 | 0014269211 | 822.85 | 05 | LACI BLANCHARD, | C | 08/05/22 to 08/11/22 |
| Death Benefit | 07/28/2022 | 0014269212 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/05/22 to 08/11/22 |
| Death Benefit | 08/04/2022 | 0014272283 | 822.85 | 05 | LACI BLANCHARD, | C | 08/12/22 to 08/18/22 |
| Death Benefit | 08/04/2022 | 0014272284 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/12/22 to 08/18/22 |
| Death Benefit | 08/11/2022 | 0014274568 | 822.85 | 05 | LACI BLANCHARD, | C | 08/19/22 to 08/25/22 |
| Death Benefit | 08/11/2022 | 0014274569 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/19/22 to 08/25/22 |
| Death Benefit | 08/18/2022 | 0014277597 | 822.85 | 05 | LACI BLANCHARD, | C | 08/26/22 to 09/01/22 |
| Death Benefit | 08/18/2022 | 0014277598 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/26/22 to 09/01/22 |
| Death Benefit | 08/25/2022 | 0014280207 | 822.85 | 05 | LACI BLANCHARD, | C | 09/02/22 to 09/08/22 |
| Death Benefit | 08/25/2022 | 0014280208 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/02/22 to 09/08/22 |
| Death Benefit | 09/01/2022 | 0014284081 | 822.85 | 05 | LACI BLANCHARD, | C | 09/09/22 to 09/15/22 |
| Death Benefit | 09/01/2022 | 0014284082 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/09/22 to 09/15/22 |
| Death Benefit | 09/08/2022 | 0014286370 | 822.85 | 05 | LACI BLANCHARD, | C | 09/16/22 to 09/22/22 |

**RONNIE BLANCHARD**   202259739 US
**DOB:** 10/15/1981   **Age:** 43

| Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|
| **Compensation** | | | | | | |
| Death Benefit  09/08/2022 | 0014286371 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/16/22 to 09/22/22 |
| Death Benefit  09/15/2022 | 0014289091 | 822.85 | 05 | LACI BLANCHARD, | C | 09/23/22 to 09/29/22 |
| Death Benefit  09/15/2022 | 0014289092 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/23/22 to 09/29/22 |
| Death Benefit  09/22/2022 | 0014291661 | 822.85 | 05 | LACI BLANCHARD, | C | 09/30/22 to 10/06/22 |
| Death Benefit  09/22/2022 | 0014291662 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/30/22 to 10/06/22 |
| Death Benefit  09/29/2022 | 0014294474 | 822.85 | 05 | LACI BLANCHARD, | C | 10/07/22 to 10/13/22 |
| Death Benefit  09/29/2022 | 0014294475 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/07/22 to 10/13/22 |
| Death Benefit  10/06/2022 | 0014297208 | 822.85 | 05 | LACI BLANCHARD, | C | 10/14/22 to 10/20/22 |
| Death Benefit  10/06/2022 | 0014297209 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/14/22 to 10/20/22 |
| Death Benefit  10/13/2022 | 0014299846 | 822.85 | 05 | LACI BLANCHARD, | C | 10/21/22 to 10/27/22 |
| Death Benefit  10/13/2022 | 0014299847 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/21/22 to 10/27/22 |
| Death Benefit  10/20/2022 | 0014302315 | 822.85 | 05 | LACI BLANCHARD, | C | 10/28/22 to 11/03/22 |
| Death Benefit  10/20/2022 | 0014302316 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/28/22 to 11/03/22 |
| Death Benefit  10/27/2022 | 0014304640 | 822.85 | 05 | LACI BLANCHARD, | C | 11/04/22 to 11/10/22 |
| Death Benefit  10/27/2022 | 0014304641 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/04/22 to 11/10/22 |
| Death Benefit  11/03/2022 | 0014307116 | 822.85 | 05 | LACI BLANCHARD, | C | 11/11/22 to 11/17/22 |
| Death Benefit  11/03/2022 | 0014307117 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/11/22 to 11/17/22 |
| Death Benefit  11/10/2022 | 0014309637 | 822.85 | 05 | LACI BLANCHARD, | C | 11/18/22 to 11/24/22 |
| Death Benefit  11/10/2022 | 0014309638 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/18/22 to 11/24/22 |
| Death Benefit  11/17/2022 | 0014312410 | 822.85 | 05 | LACI BLANCHARD, | C | 11/25/22 to 12/01/22 |
| Death Benefit  11/17/2022 | 0014312411 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/25/22 to 12/01/22 |
| Death Benefit  11/23/2022 | 0014314562 | 822.85 | 05 | LACI BLANCHARD, | C | 12/02/22 to 12/08/22 |
| Death Benefit  11/23/2022 | 0014314563 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/02/22 to 12/08/22 |
| Death Benefit  12/01/2022 | 0014316788 | 822.85 | 05 | LACI BLANCHARD, | C | 12/09/22 to 12/15/22 |
| Death Benefit  12/01/2022 | 0014316789 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/09/22 to 12/15/22 |
| Death Benefit  12/08/2022 | 0014319532 | 822.85 | 05 | LACI BLANCHARD, | C | 12/16/22 to 12/22/22 |
| Death Benefit  12/08/2022 | 0014319533 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/16/22 to 12/22/22 |
| Death Benefit  12/15/2022 | 0014322605 | 822.85 | 05 | LACI BLANCHARD, | C | 12/23/22 to 12/29/22 |
| Death Benefit  12/15/2022 | 0014322797 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/23/22 to 12/29/22 |
| Death Benefit  12/22/2022 | 0014324937 | 822.85 | 05 | LACI BLANCHARD, | C | 12/30/22 to 01/05/23 |
| Death Benefit  01/03/2023 | 0014328271 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/30/22 to 01/05/23 |
| Death Benefit  12/29/2022 | 0014327335 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/30/22 to 01/12/23 |
| Death Benefit  12/29/2022 | 0014327334 | 822.85 | 05 | LACI BLANCHARD, | C | 01/06/23 to 01/12/23 |
| Death Benefit  01/05/2023 | 0014329321 | 822.85 | 05 | LACI BLANCHARD, | C | 01/13/23 to 01/19/23 |
| Death Benefit  01/06/2023 | 0014329930 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 01/13/23 to 01/19/23 |
| Death Benefit  01/12/2023 | 0014331272 | 822.85 | 05 | LACI BLANCHARD, | C | 01/20/23 to 01/26/23 |
| Death Benefit  01/12/2023 | 0014331273 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 01/20/23 to 01/26/23 |
| Death Benefit  01/19/2023 | 0014334141 | 822.85 | 05 | LACI BLANCHARD, | C | 01/27/23 to 02/02/23 |
| Death Benefit  01/19/2023 | 0014334142 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 01/27/23 to 02/02/23 |

**RONNIE BLANCHARD**  202259739 US
**DOB:** 10/15/1981   **Age:** 43

| Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|
| **Compensation** | | | | | | |
| Death Benefit | 01/26/2023 | 0014336996 | 822.85 | 05 | LACI BLANCHARD, | C | 02/03/23 to 02/09/23 |
| Death Benefit | 01/26/2023 | 0014336997 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/03/23 to 02/09/23 |
| Death Benefit | 02/02/2023 | 0014339594 | 822.85 | 05 | LACI BLANCHARD, | C | 02/10/23 to 02/16/23 |
| Death Benefit | 02/02/2023 | 0014339595 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/10/23 to 02/16/23 |
| Death Benefit | 02/09/2023 | 0014342352 | 822.85 | 05 | LACI BLANCHARD, | C | 02/17/23 to 02/23/23 |
| Death Benefit | 02/09/2023 | 0014342353 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/17/23 to 02/23/23 |
| Death Benefit | 02/16/2023 | 0014344726 | 822.85 | 05 | LACI BLANCHARD, | C | 02/24/23 to 03/02/23 |
| Death Benefit | 02/16/2023 | 0014344727 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/24/23 to 03/02/23 |
| Death Benefit | 02/23/2023 | 0014347127 | 822.85 | 05 | LACI BLANCHARD, | C | 03/03/23 to 03/09/23 |
| Death Benefit | 02/23/2023 | 0014347126 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/03/23 to 03/09/23 |
| Death Benefit | 03/02/2023 | 0014349655 | 822.85 | 05 | LACI BLANCHARD, | C | 03/10/23 to 03/16/23 |
| Death Benefit | 03/02/2023 | 0014349654 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/10/23 to 03/16/23 |
| Death Benefit | 03/09/2023 | 0014352514 | 822.85 | 05 | LACI BLANCHARD, | C | 03/17/23 to 03/23/23 |
| Death Benefit | 03/09/2023 | 0014352513 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/17/23 to 03/23/23 |
| Death Benefit | 03/16/2023 | 0014355167 | 822.85 | 05 | LACI BLANCHARD, | C | 03/24/23 to 03/30/23 |
| Death Benefit | 03/16/2023 | 0014355166 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/24/23 to 03/30/23 |
| Death Benefit | 03/23/2023 | 0014358017 | 822.85 | 05 | LACI BLANCHARD, | C | 03/31/23 to 04/06/23 |
| Death Benefit | 03/23/2023 | 0014358016 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 03/31/23 to 04/06/23 |
| Death Benefit | 03/30/2023 | 0014360849 | 822.85 | 05 | LACI BLANCHARD, | C | 04/07/23 to 04/13/23 |
| Death Benefit | 03/30/2023 | 0014360848 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 04/07/23 to 04/13/23 |
| Death Benefit | 04/06/2023 | 0014363238 | 822.85 | 05 | LACI BLANCHARD, | C | 04/14/23 to 04/20/23 |
| Death Benefit | 04/06/2023 | 0014363237 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 04/14/23 to 04/20/23 |
| Death Benefit | 04/13/2023 | 0014366065 | 822.85 | 05 | LACI BLANCHARD, | C | 04/21/23 to 04/27/23 |
| Death Benefit | 04/13/2023 | 0014366064 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 04/21/23 to 04/27/23 |
| Death Benefit | 04/20/2023 | 0014368570 | 822.85 | 05 | LACI BLANCHARD, | C | 04/28/23 to 05/04/23 |
| Death Benefit | 04/20/2023 | 0014368571 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 04/28/23 to 05/04/23 |
| Death Benefit | 04/27/2023 | 0014370951 | 822.85 | 05 | LACI BLANCHARD, | C | 05/05/23 to 05/11/23 |
| Death Benefit | 04/27/2023 | 0014370952 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 05/05/23 to 05/11/23 |
| Death Benefit | 05/04/2023 | 0014373484 | 822.85 | 05 | LACI BLANCHARD, | C | 05/12/23 to 05/18/23 |
| Death Benefit | 05/04/2023 | 0014373485 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 05/12/23 to 05/18/23 |
| Death Benefit | 05/11/2023 | 0014375226 | 822.85 | 05 | LACI BLANCHARD, | C | 05/19/23 to 05/25/23 |
| Death Benefit | 05/11/2023 | 0014375227 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 05/19/23 to 05/25/23 |
| Death Benefit | 05/18/2023 | 0014378421 | 822.85 | 05 | LACI BLANCHARD, | C | 05/26/23 to 06/01/23 |
| Death Benefit | 05/18/2023 | 0014378422 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 05/26/23 to 06/01/23 |
| Death Benefit | 05/25/2023 | 0014381303 | 822.85 | 05 | LACI BLANCHARD, | C | 06/02/23 to 06/08/23 |
| Death Benefit | 05/25/2023 | 0014381304 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/02/23 to 06/08/23 |
| Death Benefit | 06/01/2023 | 0014384062 | 822.85 | 05 | LACI BLANCHARD, | C | 06/09/23 to 06/15/23 |
| Death Benefit | 06/01/2023 | 0014384061 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/09/23 to 06/15/23 |
| Death Benefit | 06/08/2023 | 0014386280 | 822.85 | 05 | LACI BLANCHARD, | C | 06/16/23 to 06/22/23 |

**RONNIE BLANCHARD**     202259739 US
**DOB:**   10/15/1981          **Age:**   43

| Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|

### Compensation

| | Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|---|
| Death Benefit | 06/08/2023 | 0014386279 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/16/23 to 06/22/23 |
| Death Benefit | 06/15/2023 | 0014389310 | 822.85 | 05 | LACI BLANCHARD, | C | 06/23/23 to 06/29/23 |
| Death Benefit | 06/15/2023 | 0014389309 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/23/23 to 06/29/23 |
| Death Benefit | 06/22/2023 | 0014391309 | 822.85 | 05 | LACI BLANCHARD, | C | 06/30/23 to 07/06/23 |
| Death Benefit | 06/22/2023 | 0014391308 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/30/23 to 07/06/23 |
| Death Benefit | 06/29/2023 | 0014394645 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 06/30/23 to 07/13/23 |
| Death Benefit | 07/13/2023 | 0014399378 | 274.28 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/06/23 to 07/13/23 |
| Death Benefit | 06/29/2023 | 0014394328 | 822.85 | 05 | LACI BLANCHARD, | C | 07/07/23 to 07/13/23 |
| Death Benefit | 07/06/2023 | 0014396452 | 822.85 | 05 | LACI BLANCHARD, | C | 07/14/23 to 07/20/23 |
| Death Benefit | 07/13/2023 | 0014399054 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/14/23 to 07/27/23 |
| Death Benefit | 07/13/2023 | 0014399053 | 1,645.70 | 05 | LACI BLANCHARD, | C | 07/21/23 to 07/27/23 |
| Death Benefit | 07/20/2023 | 0014401628 | 1,645.70 | 05 | LACI BLANCHARD, | C | 07/28/23 to 08/03/23 |
| Death Benefit | 07/27/2023 | 0014404152 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 07/28/23 to 08/10/23 |
| Death Benefit | 07/27/2023 | 0014404151 | 1,645.70 | 05 | LACI BLANCHARD, | C | 08/04/23 to 08/10/23 |
| Death Benefit | 08/03/2023 | 0014406660 | 1,645.70 | 05 | LACI BLANCHARD, | C | 08/11/23 to 08/17/23 |
| Death Benefit | 08/10/2023 | 0014409337 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/11/23 to 08/24/23 |
| Death Benefit | 08/10/2023 | 0014409336 | 1,645.70 | 05 | LACI BLANCHARD, | C | 08/18/23 to 08/24/23 |
| Death Benefit | 08/17/2023 | 0014411717 | 1,645.70 | 05 | LACI BLANCHARD, | C | 08/25/23 to 08/31/23 |
| Death Benefit | 08/24/2023 | 0014414347 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 08/25/23 to 09/07/23 |
| Death Benefit | 08/24/2023 | 0014414346 | 1,645.70 | 05 | LACI BLANCHARD, | C | 09/01/23 to 09/07/23 |
| Death Benefit | 08/31/2023 | 0014417151 | 1,645.70 | 05 | LACI BLANCHARD, | C | 09/08/23 to 09/14/23 |
| Death Benefit | 09/12/2023 | 0014421291 | 822.85 | 05 | LACI BLANCHARD, | C | 09/08/23 to 09/21/23 |
| Death Benefit | 09/07/2023 | 0014419382 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/08/23 to 09/21/23 |
| Death Benefit | 09/21/2023 | 0014424787 | 822.85 | 05 | LACI BLANCHARD, | C | 09/22/23 to 10/05/23 |
| Death Benefit | 09/21/2023 | 0014424786 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 09/22/23 to 10/05/23 |
| Death Benefit | 10/05/2023 | 0014430319 | 822.85 | 05 | LACI BLANCHARD, | C | 10/06/23 to 10/19/23 |
| Death Benefit | 10/05/2023 | 0014430318 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/06/23 to 10/19/23 |
| Death Benefit | 10/19/2023 | 0014435456 | 822.85 | 05 | LACI BLANCHARD, | C | 10/20/23 to 11/02/23 |
| Death Benefit | 10/19/2023 | 0014435455 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 10/20/23 to 11/02/23 |
| Death Benefit | 11/02/2023 | 0014440706 | 822.85 | 05 | LACI BLANCHARD, | C | 11/03/23 to 11/16/23 |
| Death Benefit | 11/02/2023 | 0014440707 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/03/23 to 11/16/23 |
| Death Benefit | 11/16/2023 | 0014446029 | 822.85 | 05 | LACI BLANCHARD, | C | 11/17/23 to 11/30/23 |
| Death Benefit | 11/16/2023 | 0014446030 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 11/17/23 to 11/30/23 |
| Death Benefit | 11/30/2023 | 0014450383 | 822.85 | 05 | LACI BLANCHARD, | C | 12/01/23 to 12/14/23 |
| Death Benefit | 11/30/2023 | 0014450384 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/01/23 to 12/14/23 |
| Death Benefit | 12/14/2023 | 0014455886 | 822.85 | 05 | LACI BLANCHARD, | C | 12/15/23 to 12/28/23 |
| Death Benefit | 12/14/2023 | 0014455887 | 548.56 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/15/23 to 12/28/23 |
| Death Benefit | 12/28/2023 | 0014460417 | 1,835.12 | 05 | LACI BLANCHARD, | C | 12/29/23 to 01/11/24 |
| Death Benefit | 12/28/2023 | 0014460418 | 611.66 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 12/29/23 to 01/11/24 |

**RONNIE BLANCHARD**  202259739 US
**DOB:** 10/15/1981  **Age:** 43

| | Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service | |
|---|---|---|---|---|---|---|---|---|
| **Compensation** | | | | | | | | |
| Death Benefit | 01/11/2024 | 0014464479 | 1,835.12 | 05 | LACI BLANCHARD, | C | 01/12/24 to | 01/25/24 |
| Death Benefit | 01/11/2024 | 0014464480 | 611.66 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 01/12/24 to | 01/25/24 |
| Death Benefit | 01/25/2024 | 0014469683 | 1,835.12 | 05 | LACI BLANCHARD, | C | 01/26/24 to | 02/08/24 |
| Death Benefit | 01/25/2024 | 0014469684 | 611.66 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 01/26/24 to | 02/08/24 |
| Death Benefit | 02/08/2024 | 0014474539 | 1,835.12 | 05 | LACI BLANCHARD, | C | 02/09/24 to | 02/22/24 |
| Death Benefit | 02/08/2024 | 0014474540 | 611.66 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/09/24 to | 02/22/24 |
| Death Benefit | 02/22/2024 | 0014479748 | 1,835.12 | 05 | LACI BLANCHARD, | C | 02/23/24 to | 03/07/24 |
| Death Benefit | 02/22/2024 | 0014479749 | 611.66 | 05 | LACI BLANCHARD ON BEHALF OF WILLOW | C | 02/23/24 to | 03/07/24 |
| **Death Benefit Total** | | | **118,014.72** | | | | | |
| **Compensation Total** | | | **118,014.72** | | | | | |
| **Unclassified** | | | | | | | | |
| Funeral Expenses | 05/24/2022 | 0014245616 | 3,000.00 | 44 | SAMART FUNERAL HOME OF HOUMA LLC, | C | 04/01/22 to | 04/01/22 |
| **Funeral Expenses Total** | | | **3,000.00** | | | | | |
| **Unclassified Total** | | | **3,000.00** | | | | | |
| **INDEMNITY** | **Number Payments** | | *159* | | **Sum of Payments** | *121,014.72* | | |

**RONNIE BLANCHARD** 202259739 US
**DOB:** 10/15/1981  **Age:** 43

| Date Issued | Draft Number | Pay Amount | Pay Code | Vendor Name | Pay Type | Dates of Service |
|---|---|---|---|---|---|---|

|  |  | Unclassified | Compensation | Total |
|---|---|---|---|---|
| 2022 | Mar | - | 12,368 | 12,368 |
|  | Apr | 3,000 | - | 3,000 |
|  | May | - | 2,351 | 2,351 |
|  | Jun | - | 4,389 | 4,389 |
|  | Jul | - | 5,486 | 5,486 |
|  | Aug | - | 4,389 | 4,389 |
|  | Sep | - | 5,486 | 5,486 |
|  | Oct | - | 4,389 | 4,389 |
|  | Nov | - | 4,389 | 4,389 |
|  | Dec | - | 5,760 | 5,760 |
|  | **Total** | **3,000** | **49,004** | **52,004** |
| 2023 | Jan | - | 4,114 | 4,114 |
|  | Feb | - | 4,389 | 4,389 |
|  | Mar | - | 5,486 | 5,486 |
|  | Apr | - | 4,389 | 4,389 |
|  | May | - | 4,389 | 4,389 |
|  | Jun | - | 5,760 | 5,760 |
|  | Jul | - | 6,309 | 6,309 |
|  | Aug | - | 7,680 | 7,680 |
|  | Sep | - | 6,034 | 6,034 |
|  | Oct | - | 2,743 | 2,743 |
|  | Nov | - | 2,743 | 2,743 |
|  | Dec | - | 5,190 | 5,190 |
|  | **Total** | **-** | **59,223** | **59,223** |
| 2024 | Jan | - | 4,894 | 4,894 |
|  | Feb | - | 4,894 | 4,894 |
|  | **Total** | **-** | **9,787** | **9,787** |
| Total |  | 3,000 | 118,015 | 121,014.72 |