## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACI BLANCHARD** | **CA:** |
| **vs.** | **JUDGE:** |
| **SBS ENERGY SERVICES, LLC, et al** | **MAG. JUDGE:** |

### <u>CONSENT TO REMOVAL</u>

Now into court, through undersigned counsel, appears Kinsale Insurance Company, named a defendant in that action entitled *Laci Blanchard vs. SBS Energy Services, LLC, et al.*, filed in the 19th Judicial District Court, East Baton Rouge Parish, docket number C43798. Kinsale has not yet been served but nevertheless consents to removal of the action from state to federal court.

Respectfully submitted,

*Jeffrey E. Richardson*

Jeffrey E. Richardson (La. #23273)
jeff.richardson@arlaw.com
Matthew C. Guy (La. #31182)
matthew.guy@arlaw.com
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Counsel for Kinsale Insurance Company*