UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LACI N. BLANCHARD** | * | **CIVIL ACTION NO. 2:24-cv-534** |
| | * | |
| **Plaintiff,** | * | **SECTION I** |
| | * | |
| v. | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| **SBS ENERGY SERVICES, LLC and** | * | **DIVISION 5** |
| **KINSALE INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | **JANIS VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## KINSALE INSURANCE COMPANY'S
## RULE 12(B)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant Kinsale Insurance Company ("Kinsale"), which moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims in the Original Petition asserted Plaintiff Laci Blanchard (Doc. 1-2) because claims asserted by Blanchard against Kinsale do not state a claim upon which relief can be granted, for the reasons set forth more fully in the attached Memorandum.

**WHEREFORE**, Kinsale Insurance Company moves this Court to dismiss all claims in this lawsuit brought by Plaintiff, Laci Blanchard, against Defendant Kinsale Insurance Company.

Respectfully submitted,

*/s/ Jeffrey E. Richardson*
Jeffrey E. Richardson (La. #23273)
jeff.richardson@arlaw.com
Matthew C. Guy (La. #31182)
matthew.guy@arlaw.com
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Counsel for Kinsale Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Jeffrey E. Richardson*
Jeffrey E. Richardson