UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LACI N. BLANCHARD** | * | **CIVIL ACTION NO. 2:24-cv-534** |
| | * | |
| **Plaintiff,** | * | **SECTION I** |
| | * | |
| v. | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| **SBS ENERGY SERVICES, LLC and** | * | **DIVISION 5** |
| **KINSALE INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | **JANIS VAN MEERVELD** |

* * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the Rule 12(b)(6) Motion to Dismiss filed by Kinsale Insurance Company is hereby set for submission before Judge Africk on April 3, 2024.

Respectfully submitted,

*/s/ Jeffrey E. Richardson*
Jeffrey E. Richardson (La. #23273)
jeff.richardson@arlaw.com
Matthew C. Guy (La. #31182)
matthew.guy@arlaw.com
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Counsel for Kinsale Insurance Company*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

                                      */s/ Jeffrey E. Richardson*
                                      Jeffrey E. Richardson