UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LACI N. BLANCHARD, *Plaintiff* | * * * | CIVIL ACTION NO.: 24-534 |
| VERSUS | * * | SECTION: "I" (1) |
| SBS ENERGY SERVICES, LLC and KINSALE INSURANCE COMPANY, *Defendants* | * * * * | JUDGE LANCE M. AFRICK  MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455, the undersigned hereby recuses herself from handling the above-captioned matter. The Clerk is directed to re-allot the matter to another Magistrate Judge.

New Orleans, Louisiana, this 13th day of March, 2024.

_____
Janis van Meerveld
United States Magistrate Judge

3/13/24

**REALLOTTED TO**

**MAG 2**