UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACI N. BLANCHARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-534** |
| **SBS ENERGY SERVICES, LLC, ET AL.** | **SECTION: "I"(1)** |

## RESPONSE TO REMOVAL DIRECTIVE

NOW INTO COURT, through undersigned counsel, comes the removing party, SBS Energy Services, LLC, and makes the following directives pursuant to 28 U.S.C. 1447(b) and the prior directive of this Court:

1) A listing of all parties still remaining in this action:

   *Laci N. Blanchard, individually, as next friend of W. B., the surviving minor child of Ronnie P. Blanchard, Jr., and as representative of the estate of Ronnie P. Blanchard, Jr.*
   *Counsel of record:*
   Joe Drennan
   Wendell H. Langdon, III
   Drennan Langdon & Fidel, LLP
   1001 Main Street, Suite 706
   Lubbock, TX 79401
   Telephone: 806-853-8338
   Email: joe@dlflawfirm.com
   Email: wlangdon@dllawfirm.com

   *SBS Energy Services, LLC*
   *Counsel of record:*
   Henry H. LeBas
   Todd A. Delcambre
   LeBas Law Offices, APLC
   2 Flagg Place, Suite 1
   Lafayette, LA 70508
   Telephone: 337-236-5500
   Email: hlebas@lebaslaw.com
   Email: todddelcambre@lebaslaw.com

   *Kinsale Insurance Company*
   *Counsel of record:*
   Jeffrey E. Richardson
   Matthew C. Guy

    Adams & Reese, LLP
    701 Poydras Street, Suite 4500
    New Orleans, LA 70139
    Telephone: 504-581-3234
    Email: jeffr.richardon@arlaw.com
    Email: matthew.guy@arlaw.com

2) Copies of all pleadings, including answers, filed by those parties in state court;

   and

3) Copies of the return on service of process on those parties filed in state court.

        Respectfully submitted:

        LeBAS LAW OFFICES,
        (A Professional Law Corporation)

        */s/ Henry H. LeBas*

        _____
        HENRY H. LEBAS (23185)
        TODD A. DELCAMBRE (23710)
        LeBas Law Offices, APLC
        2 Flagg Place, Suite 1
        Lafayette, Louisiana  70508
        Telephone: 337-236-5500
        Facsimile: 337-236-5590
        Email: hlebas@lebaslaw.com
        Email: todddelcambre@lebaslaw.com
        *Counsel for SBS Energy Services, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties that have elected e-notification by operation of the court's electronic filing system.

New Orleans, Louisiana this 18th day of March, 2024.

*/s/ Henry H. LeBas*
_____
HENRY H. LeBas