# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACI N. BLANCHARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-534** |
| **SBS ENERGY SERVICES, LLC, ET AL.** | **SECTION: "I"(2)** |

## UNOPPOSED MOTION TO CONTINUE KINSALE'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the removing party, SBS Energy Services, LLC, and requests that the court continue the submission date on Kinsale Insurance Company's Motion to Dismiss by 30 days, up to and including May 3, 2024, with oppositions to be filed by April 26, 2024. Kinsale has no opposition to a 30-day continuance. Plaintiff's counsel has not yet appeared in this venue but has been notified and has not expressed opposition to a 30-day continuance.

Respectfully submitted:

LeBAS LAW OFFICES,
(A Professional Law Corporation)

*/s/ Henry H. LeBas*

_____
HENRY H. LEBAS (23185)
TODD A. DELCAMBRE (23710)
LeBas Law Offices, APLC
2 Flagg Place, Suite 1
Lafayette, Louisiana  70508
Telephone: 337-236-5500
Facsimile: 337-236-5590
Email: hlebas@lebaslaw.com
Email: todddelcambre@lebaslaw.com
*Counsel for SBS Energy Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties that have elected e-notification by operation of the court's electronic filing system.

New Orleans, Louisiana this 20th day of March 2024.

*/s/ Henry H. LeBas*
_____
HENRY H. LeBas