UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACI N. BLANCHARD | CIVIL ACTION |
| VERSUS | No. 24-534 |
| SBS ENERGY SERVICES, LLC ET AL. | SECTION I |

## ORDER

Before the Court is defendant SBS Energy Services, LLC's motion[1] to continue the submission date for defendant Kinsale Insurance Company's motion[2] to dismiss. The motion does not provide the Court with good cause to continue the submission date. Accordingly,

**IT IS ORDERED** that the motion to continue the submission date is **DENIED.**

New Orleans, Louisiana, March 21, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 9.
[2] R. Doc. No. 5.