UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACI N. BLANCHARD | CIVIL ACTION |
| VERSUS | No. 24-534 |
| SBS ENERGY SERVICES, LLC ET AL. | SECTION I |

# ORDER

Before the Court are defendant Kinsale Insurance Company's motion[1] to dismiss and plaintiff Laci N. Blanchard's motion[2] to remand. The motion to dismiss is presently set for submission on April 3, 2024, and the motion to remand is set for submission on April 17, 2024. Accordingly,

**IT IS ORDERED** that the motion to dismiss shall be set for submission on **APRIL 17, 2024.**

New Orleans, Louisiana, March 25, 2024.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 5.
[2] R. Doc. No. 11.