UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACI N. BLANCHARD | CIVIL ACTION |
| VERSUS | No. 24-534 |
| SBS ENERGY SERVICES, LLC ET AL. | SECTION I |

# ORDER

Considering the plaintiff's notice[1] of voluntary dismissal without prejudice of her claims in the above-captioned matter,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, April 5, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 14.